**2005–2052.   State v. Heyman.**
Sandusky App. No. S–04–016, 2005-Ohio-5565 and 2005-Ohio-6244. This cause is pending before the court as a discretionary appeal. It appears from the records of the court that the appellant has not filed a memorandum in support of jurisdiction, due December 1, 2005, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause is dismissed sua sponte.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

### May 23, 2006

[Cite as *05/23/2006 Case Announcements,* 2006-Ohio-2517.]

## MOTION AND PROCEDURAL RULINGS

**2005–2084.   Knust v. Wilkins.**
Board of Tax Appeals, No. 2004–M–533. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the motion of amici curiae, Rome P. Busa Jr. and Anthony J. Busa, requesting leave to participate in oral argument,

IT IS ORDERED by the court that the motion is denied.

**2006–0891.   Brown v. State.**
Lucas App. No. L–05–1050, 2006-Ohio-1393. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellee's motion to strike appellant's notice of appeal and memorandum in support of jurisdiction,

IT IS ORDERED by the court that the motion is denied.

IT IS FURTHER ORDERED, sua sponte, that appellee may file a memorandum in response to appellant's memorandum in support of jurisdiction within 30 days of the date of this entry.

## MISCELLANEOUS DISMISSALS

**2005–1789.   State ex rel. John Q. Public v. Etna Twp. Bd. of Trustees.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.